**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**SHAN L. HARDY**                                                                                      **PLAINTIFF**

**VS.**                                **CIVIL ACTION NO.: 3:07-CV-700-HTW-LRA**

**PARKTOWNE APARTMENTS, LP
AND TRITOWNE, LLC**                                                       **DEFENDANTS**

## JUDGMENT OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY FOR HEARING, on the *ore tenus* motion of Plaintiff and the sole remaining Defendant in this cause, that Defendant Tritowne, LLC ("Tritowne") be dismissed from this lawsuit with prejudice, and the Court being advised that all claims and causes of action by Plaintiff against the Defendant herein have either been dismissed or fully and finally settled and compromised, and the Court being otherwise fully advised in the premises, finds that said Motion is well-taken and that the same should be, and is hereby, sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that all claims and causes of action asserted by Plaintiff against the Defendant herein are fully and finally dismissed with prejudice, with each party to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 31st day of October, 2008.

                                                    s/ HENRY T. WINGATE
                                                    CHIEF UNITED STATES DISTRICT JUDGE

Approved:

   s/ Yancy B. Burns
Yancy B. Burns, Esq.
Attorney for Plaintiff

   s/ Jonathan L. Bullock
Jonathan L. Bullock, Esq.
Attorney for Defendant